IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:08cr236-MHT |
| | ) | (WO) |
| HASAN RASHEED ABDULLAH | ) | |

OPINION AND ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (doc. no. 521) and the included memorandum describing defendant Hasan Rasheed Abdullah's compliance with all terms of supervised release, his ongoing employment, and consistently negative drug-test results, and based on the government's response that it does not oppose early termination as well as the representations made by all parties in open court on February 25, 2019, it is ORDERED that:

(1) The petition (doc. no. 521) is granted.

(2) Defendant Hasan Rasheed Abdullah's term of supervised release is terminated effective immediately,

and he is discharged.

DONE, this the 26th day of February, 2019.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE